Randall J. Paulson, Esq. (SBN 206933)
**LAW OFFICES OF RANDALL J. PAULSON**
1651 E. 4th St., Ste. 215
Santa Ana, CA  92701
Tel   :      (714) 541-1023
Fax  :      (714) 541-1166

JS-6

Attorney for Plaintiff:  KENNETH HARRIS

## UNTIED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HARRIS;<br><br>           Plaintiff,<br><br>      vs.<br><br>MASTER PROTECTION CORPORATION, FIREMASTER, a business entity form unknown, and DOES 1 to 25,<br><br>           Defendants. | Case No.:  SACV11-01381 JVS(MLGx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation for Dismissal filed on June 18, 2012 that the entire action be dismissed with prejudice, THE COURT HEREBY ORDERS that this action be, and hereby is, dismissed with prejudice.

Dated: June 22, 2012

_____
The Honorable James V. Selna
United States District Court Judge

- 1 -

ORDER ON DISMISSAL